946

No. 1057. WOLFSON ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *William O. Bittman* and *E. Barrett Prettyman, Jr.*, for Wolfson, and *Milton V. Freeman* and *Edgar H. Brenner* for Gerbert, petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1074. AMERICAN HOME ASSURANCE Co. v. SPICER ET AL. C. A. 5th Cir. Motion to dispense with printing respondents' brief denied. Certiorari denied. *Anthony J. Siciliano* for petitioner. *James Harold Weeks* for respondents.

No. 804, Misc. SCHUTZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Max P. Flusche, Jr.*, for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 1004, Misc. ACEVES v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.*, Assistant Attorney General, and *Timothy A. Reardon,* Deputy Attorney General, for respondents.

No. 1209, Misc. CECCHINI v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1436, Misc. HARRIS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *Mary Bell Hammerman* for petitioner.